FILED
October 29, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW ANDREW GARCES,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR CAUDILL and AMANDA AVILA,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ NO. SA-25-CV-00702-OLG<br>§<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed September 2, 2025, concerning pro se Plaintiff Matthew Andrew Garces's proposed complaint. *See* R&R, Dkt. No. 10.

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed by certified mail on September 3, 2025 (*see* Dkt. No. 12) and received on September 6, 2025 (*see* Dkt. No. 13). Plaintiff's objections, filed October 5, 2025, are therefore untimely. *See* Dkt. No. 14.

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; **frivolous, conclusory, or general objections need not be considered by the district court.** *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (emphasis added) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any

portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

Because Plaintiff failed to timely object, the Court has reviewed the R&R for clear errors and finds none. Accordingly, the Court **ADOPTS** Judge Farrer's R&R (Dkt. No. 10) and, for the reasons set forth therein, this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) as frivolous and for lack of subject-matter jurisdiction.[1]

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this ____29____ day of October 2025.

ORLANDO L. GARCIA
United States District Judge

---

[1] Judge Farrer additionally recommended that Plaintiff be designated a vexatious litigant and subject to a pre-filing injunction in the Western District of Texas, San Antonio Division. Dkt. No. 10 at 6. Because Garces has since been designated as such by Judge Pulliam and, thus, is already subject to a pre-filing injunction, *see Garces v. Rossbach*, No. SA-25-CV-00441-JKP, 2025 WL 2544022 (W.D. Tex. Sept. 4, 2025), that portion of the R&R is moot.